```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
WILLIAM KOSTROUN,                                                 :
                                                                  :
                                        Plaintiff,                :      1:24-cv-3545-GHW
                -against-                                         :
                                                                  :          ORDER
NEXTGEN SOCIAL SPORTS, INC.,                                      :
                                                                  :
                                        Defendant.                :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2024

GREGORY H. WOODS, District Judge:

On July 24, 2024, Plaintiff filed a proposed clerk's certificate of default, along with a supporting affirmation. Dkt. Nos. 9, 10. Plaintiff also filed an affidavit of service of the summons and complaint, and the Court's Notice of Initial Pretrial Conference order, on Defendant. Dkt. 8. And in the Court's order dated May 9, 2024, the parties were directed to meet and confer at least twice by August 9, 2024, and to submit a joint status letter and proposed case management plan to the Court no later than August 30, 2024. Dkt. No. 5. Defendant has yet to appear in this case and the Court has not received the joint status letter or proposed case management plan.

On August 8, 2024, Plaintiff submitted a letter signaling his intention to move for default judgment. Dkt. No. 13. If Plaintiff intends to move for default judgment, Plaintiff should follow the procedure set forth in the Court's Individual Rules of Practice in Civil Cases, including by filing a proposed order to show cause accompanied by supporting documentation. The Court expects that any application for default judgment will be made no later than September 6, 2024. In light of this expectation, the initial pretrial conference previously scheduled for September 6, 2024 is adjourned

*sine die*, as is the parties' obligation to submit the joint letter and proposed case management plan in advance of that conference.

      Plaintiff is directed to serve this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

      SO ORDERED.

Dated: August 8, 2024  
New York, New York

                                              GREGORY H. WOODS  
                                          United States District Judge